(May 30, 1923.)

## STATE, Respondent, v. JOE DOYLE, Appellant.

[219 Pac. 775.]

APPEAL from the District Court of the First Judicial District, for Shoshone County. Hon. Robert N. Dunn, Judge.

Joe Doyle was convicted of a violation of the Criminal Syndicalism Act, and appeals. *Reversed* and *remanded* for a new trial.

Roy L. Black, Former Attorney General, A. H. Conner, Attorney General, and James L. Boone, Assistant Attorney General, for Respondent State.

Counsel rely upon same authorities cited in *State v. Dingman, ante,* p. 253, 219 Pac. 760.

WILLIAM A. LEE, J.—The questions involved in the foregoing case are substantially the same as those determined in the case of *State v. Dingham, ante,* p. 253, 219 Pac. 760, both of said cases being argued and submitted together, and upon the authority of that case the judgment in this case is reversed and a new trial awarded.

Wm. E. Lee, J., and Varian, District Judge, concur.

McCARTHY, J., Dissenting.—My views in this case are the same as those expressed in my dissenting opinion in *State v. Dingman, ante,* p. 253, 219 Pac. 760. For the reasons there given I dissent from the conclusion reached.

BUDGE, C. J., Concurring in Part and Dissenting in Part.—With regard to the majority opinion of the court in this case, I hold the same views stated by me in the main case of *State v. Dingman, ante,* p. 253, 219 Pac. 760.